UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE LUIS MEJIA,<br><br>          Petitioner,<br><br>     v.<br><br>ERIC HOLDER, et al.,<br><br>          Respondents. | No.  2:14-cv-1089-EFB P<br><br><br><br>ORDER |

Petitioner proceeds without counsel seeking a writ of habeas corpus pursuant to 28 U.S.C. § 2241.  This proceeding was referred to this court by Local Rule 302 pursuant to 28 U.S.C. § 636(b)(1) and is before the undersigned pursuant to the parties' consent.  E.D. Cal. Local Rules, Appx. A, at (k).

On April 23, 2015, respondents filed a motion to dismiss for lack of jurisdiction. Petitioner has not filed an opposition or a statement of no opposition to respondent's motion to dismiss.  On June 2, 2015, the court warned petitioner that failure to respond to the motion could result in this action being dismissed.[1]  *See* Fed. R. Civ. P. 41(b).  The time for acting has passed and petitioner has not filed an opposition, a statement of no opposition, or otherwise responded to

---

[1] Although it appears from the file that petitioner's copy of this order was returned, petitioner was properly served.  It is the petitioner's responsibility to keep the court apprised of his current address at all times.  Pursuant to Local Rule 182(f), service of documents at the record address of the party is fully effective.

1  the court's order.  Petitioner has disobeyed this court's orders and failed to prosecute this action.

2  The appropriate action is dismissal without prejudice.

3        Accordingly, it is hereby ORDERED that this action is dismissed without prejudice.  *See*

4  Fed. R. Civ. P. 41(b); E.D. Cal. Local Rule 110, 183(b).

5  Dated:  June 29, 2015.

            _____
            EDMUND F. BRENNAN
            UNITED STATES MAGISTRATE JUDGE